740

Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WAIT ESTATES, INC., v. ALDIN BUILDING CO., INC., and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ISEDORE KAUFMAN v. ALICIA E. DUMONT, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORTIMER ELLIOTT.— Motion granted and time of appellant to file record on appeal and points extended to and including the 19th day of June, 1929, with notice of argument for the 1st day of October, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of LUCY GRAY, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MELVIN L. KRULEWITCH v. MILLIE LEVY, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOSEPH C. POWERS v. JEFFERSON MEAT MARKET, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ABRAHAM SHIWEK v. SAM FRIEDMAN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ISAIAH H. PORTER v. JOHN McGRAW, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HARRISON IMPROVEMENT COMPANY v. STANDARD COTTON STORES, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of RICHMOND RAILWAYS, INC., against JOHN F. GILCHRIST and Others, etc. STATEN ISLAND CHAMBER OF COMMERCE and Others, Intervenors. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALINE TRUSHELL v. EQUITABLE COACH CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOLOMON ALBERT and Another v. HAMILTON FIRE INSURANCE COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of MARK SHELDON STEVENS, INC., to Compel JOHN HENRY LAMBERT to Return Certain Moneys, etc.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MORRIS FEINBERG v. ETHEL FEINBERG.— Motion denied, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of THOMAS J. O'NEILL, an Attorney.— Reference ordered to Hon. Nathan L. Miller. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ELLA WOLFORD, Appellant, v. LEROY WILKINS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.